UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEOFFREY JOHN SHACKLETON and
CLODAGH MARIA SHACKLETON,

    Plaintiffs,

v.                                                 CASE NO: 8:08-cv-1797-T-26MAP

TRI COUNTY ROAD VENTURES, LLC,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiffs' Motion for Summary Judgment (Dkt. 19) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered October 23, 2008, at docket 18, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on November 3, 2009.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record