UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEOFFREY JOHN SHACKLETON and
CLODAGH MARIA SHACKLETON,

    Plaintiffs,

v.                                                         CASE NO: 8:08-cv-1797-T-26MAP

TRI COUNTY BOARD VENTURES, LLC,

    Defendant.
    _____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiffs' Motion for Clerk's Entry of Default (Dkt. 30) is granted. The Clerk is directed to enter a clerk's default for failure of Defendant to comply with this Court's order of December 18, 2009, entered at docket 26, directing Defendant to cause new counsel to file a notice of appearance on or before January 18, 2009. Plaintiffs shall file a motion for entry of final judgment on or before February 3, 2010.

**DONE AND ORDERED** at Tampa, Florida, on January 19, 2010.

                                                     s/*Richard A. Lazzara*
                                                     **RICHARD A. LAZZARA**
                                                     **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record