UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEOFFREY JOHN SHACKLETON and
CLODAGH MARIA SHACKLETON,

    Plaintiffs,

v.                              CASE NO: 8:08-cv-1797-T-26MAP

TRI COUNTY ROAD VENTURES, LLC,

    Defendant.
_____/

# **O R D E R**[1]

Upon due consideration of Plaintiffs' submissions, together with the orders and pleadings filed in the court file, it is ordered and adjudged that Plaintiffs' Motion for Entry of Default Final Judgment Against Defendant (Dkt. 33) is granted. The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant in the total sum of $101,940.96, comprised of $83,890.00 representing Plaintiffs' unrefunded deposit, $17,590.96 in prejudgment interest, and $460.00 in costs.[2] The Clerk is further directed to close this case.

---

[1] Because Defendant is a corporate entity which is currently unrepresented by an attorney, and because a corporate entity cannot represent itself *pro se* in this proceeding and must be represented by an attorney licensed to practice in this Court, see Palazzo v. Gulf Oil Co., 764 F.2d 1381, 1385 (11th Cir. 1985) and Local Rule 2.03(e), a response to this motion from Defendant will not be ordered because such a response could not be considered.

[2] Plaintiffs' proposed total sum of $107,850.96 is incorrect when all three components of monetary relief are totaled.

**DONE AND ORDERED** at Tampa, Florida, on February 3, 2010.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record